## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Equal Employment Opportunity Commission,

Plaintiff,

v.

Central Transport LLC,

Defendant.

No. CV-26-02201-PHX-JJT

**ORDER**

Before the Court is the parties' Joint Motion for Entry of Consent Decree, originally filed at docket entry 6 but re-filed at docket entry 7 with minimal revisions to the first page of the Consent Decree. Upon review of the parties' second Joint Motion for Entry of Consent Decree (Doc. 7) and good cause appearing,

**IT IS ORDERED** granting the second filed Joint Motion for Entry of Consent Decree (Doc. 7). The Court will enter the Consent Decree by separate order.

**IT IS ORDERED** denying as moot the first filed Joint Motion for Entry of Consent Decree (Doc. 6).

Dated this 14th day of May, 2026.

Honorable John J. Tuchi
United States District Judge